**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 22-1460**

―――――――――――

KHAI BUI,

        Plaintiff - Appellant,

    v.

ALEXANDER PILIGIAN,

        Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:21-cv-01440-MSN-IDD)

―――――――――――

Submitted:  October 13, 2022                    Decided:  October 17, 2022

―――――――――――

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Khai Bui, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khai Bui appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bui v. Piligian*, No. 1:21-cv-01440-MSN-IDD (E.D. Va. Apr. 4, 2022). We deny Bui's motion to supplement the record on appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*